UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| **JOHN EDWIN LOUVIERE AND SUSAN ROGERS LOUVIERE** | * | **CIVIL ACTION NO. 03-1503** |
| **VERSUS** | * | **MAGISTRATE JUDGE HILL** |
| **AMERICAN HELICOPTERS, INC., ET AL** | * | **BY CONSENT OF THE PARTIES** |

## MINUTE ENTRY AND ORDER

By letter dated March 13, 2007, Brendan Doherty informed the court that plaintiff's counsel had agreed to withdraw the Motion to Enforce Settlement. (rec. doc. 116). Accordingly, the motion is **DENIED AS MOOT,** and the oral argument scheduled for April 18, 2007 is hereby **CANCELED**.

Signed this 9th day of April, 2007, at Lafayette, Louisiana.

*C. Michael Hill*
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE